```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790
```

FILED
OCT 25 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

LODGED
OCT 24 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL DENNIS WILLIAMS,<br><br>　　　Defendant. | MISC. NO. S:05-SW-0090 DAD<br><br>APPLICATION AND [~~PROPOSED~~] ORDER FOR UNSEALING SEARCH WARRANT |

　　　On April 12, 2005, Government's <u>ex parte</u> Application for Order Sealing Search Warrant, and Supporting Affidavit; Memorandum of Points and Authorities; Declaration of William S. Wong was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the search warrant to be sealed. The government respectfully requests that the Search

///
///
///
///
///
///

1  Warrant, Supporting Affidavit, Memorandum of Points and Authorities
2  and Declaration be unsealed.
3  DATED: October 24, 2006              Respectfully submitted,
                                        McGREGOR W. SCOTT
                                        United States Attorney

                                   By:  /s/ William S. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

                                        ORDER
   SO ORDERED:
   DATED:  10/25/06
                                        /s/ Dale A. Drozd
                                        HONORABLE DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

2